IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| MARILOU YUSON DUMAPIAS | ) ) ) | |
| versus | ) ) | Case No. 1:20cv297 RDA/TCB |
| JAMES HAYBYRNE *et al.* | ) ) ) | |

# DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. RULE 12(b)(6)

Defendant Defendant James B. Haybyrne moves pursuant to Fed. R. Civ. P. Rule 12(b)(6) to dismiss seven of the ten counts against him in the Complaint by Marilou Yuson Dumapias. Specifically, he moves to dismiss Counts I-III, VI-VII, and IX-X. He also moves to strike Plaintiff's claims for punitive damages on the remaining three counts.

Defendant Penny Lii Haybyrne moves to dismiss all 10 counts against her.

Respectfully submitted,

**JAMES B. HAYBYRNE**
**PENNY LII HAYBYRNE**

By Counsel

_____/s/ James S. Kurz_____
James S. Kurz (VSB #16610)
REDMON PEYTON & BRASWELL LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
JKurz@RPB-law.com

## CERTIFICATE OF SERVICE

I certify that a true copy of this Motion was served on May 14, 2020 by the ECF system which is valid service on all counsel of record.

    /s/ James S. Kurz
James S. Kurz (VSB #16610)
REDMON PEYTON & BRASWELL LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
JKurz@RPB-law.com